JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIKEN KOTOYAN;<br>APIK KOTOYAN;<br>ATL AUTOSPORTS, INC., a<br>California Corporation;<br>and Does 1-10,<br>　　　　Defendants. | Case: 2:15-CV-10007-PA-RAO<br><br>**ORDER** |

## ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 15, 2016          _____
　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal     Case: 2:15-CV-10007-PA-RAO